AMANDA PATANAPHAN, ESQ.
Nevada State Bar No. 15080
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  amanda.patanaphan@jacksonlewis.com

*Attorneys for Defendant*
*Transportation Commodities, Inc. dba Transportation Concepts*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN OVERALL, | Case No. 2:25-cv-02036-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| TRANSPORTATION COMMODITIES, INC. dba Transportation Concepts; and DOES 1-20, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Kevin Overall ("Plaintiff"), by and through his counsel, Freiman Legal, P.C., and Defendant Transportation Commodities, Inc., dba Transportation Concepts ("Defendant" or "TCI"), by and through its counsel, the law firm of Jackson Lewis P.C., that Defendant shall have a fourteen (14) day extension up to and including **December 5, 2025**, in which to file its responsive pleading to Plaintiff's Complaint.[1] This Stipulation is submitted and based upon the following:

1. Defendant Transportation Commodities, Inc. was served with the Summons and Complaint on October 31, 2025, (ECF No. 1) making Defendant's response to Plaintiff's Complaint due on November 21, 2025.

2. Defense counsel was retained on November 19, 2025 to assist in the defense of the claims against Defendant. Counsel requires additional time to consult with Defendant in order to properly defend the claims against Defendant.

---
[1] This is the first request to extend via Stipulation.

3. An extension of the deadline to December 5, 2025, will be sufficient for Defendant to prepare, file, and serve a response to the Complaint.

4. The Parties' Counsel agreed via email on November 19, 2025 to the extension.

5. Defendants DOES 1-20, inclusive, have yet to be identified, leaving only Defendant TCI subject to the responsive pleading deadline at this time.

6. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

7. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

8. This Stipulation is made in good faith and not for the purpose of delay.

9. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation

and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 20th day of November, 2025.

| FREIMAN LEGAL | JACKSON LEWIS P.C. |
|---|---|
| */s/ Lawrence W. Freiman* <br> Lawrence W. Freiman, Esq., Bar # 10588 <br> 100 Wilshire Blvd., Suite 700 <br> Santa Monica, CA 90401 | */s/ Amanda Patanaphan* <br> Amanda Patanaphan, Esq., Bar No. 15080 <br> 300 S. Fourth St., Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* <br> *Kevin Overall* | *Attorneys for Defendant* <br> *Transportation Commodities, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: November 21, 2025