**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN OVERALL, | Case No.: 2:25-cv-02036-APG-MDC |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 15, 25] |
| TRANSPORTATION COMMODITIES, INC., | |
| Defendant | |

In light of the parties' settlement (ECF No. 29),

I ORDER that the pending motions (ECF Nos. 15, 25) are DENIED as moot, without prejudice to refiling them if the settlement does not finalize.

DATED this 23rd day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE