AMANDA PATANAPHAN, ESQ.
Nevada State Bar No. 15080
**JACKSON LEWIS P.C.**
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  amanda.patanaphan@jacksonlewis.com

JOSHUA R. ADAMS, ESQ. (Admitted *Pro Hac Vice*)
North Carolina Bar No. 49038
**JACKSON LEWIS P.C.**
200 South College Street, Suite 1550
Charlotte, NC 28202
Tel: (980) 465-7237
Email: joshua.adams@jacksonlewis.com

*Attorneys for Defendant*
*Transportation Commodities, Inc. dba Transportation Concepts*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN OVERALL,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSPORTATION COMMODITIES, INC. dba Transportation Concepts; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02036-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Kevin Overall ("Plaintiff"), through his counsel, Lawrence (Larry) W. Freiman, Esq. of Freiman Legal, and Defendant Transportation Commodities, Inc. d/b/a Transportation Concepts ("Defendant"), through its counsel Jackson Lewis P.C., hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with

each party to bear its own attorneys' fees and costs.

Dated this 16th day of April, 2026.

FREIMAN LEGAL                         JACKSON LEWIS P.C.


/s/ Lawrence W. Freiman_____        /s/Amanda Patanaphan, Esq.
Lawrence W. Freiman, Esq., NBN 10588         Amanda Patanaphan, NBN 15080
100 Wilshire Blvd., Suite 700                300 S. Fourth Street, Suite 900
Santa Monica, CA 90401                       Las Vegas, Nevada 89101

Attorney for Plaintiff                       Joshua R. Adams, Esq., NCBN 49038
                                             (Admitted *Pro Hac Vice*)
                                             200 South College Street, Suite 1550
                                             Charlotte, North Carolina 28202

                                             Attorneys for Defendant




**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: ___April 17, 2026_____

4932-4611-3687, v. 1